IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRACY GARRETT**                                                                                             **PLAINTIFF**

**v.**                                    **Case No. 4:24-cv-00661-LPR**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES**                           **DEFENDANT**

### JUDGMENT

Pursuant to the Court's July 2, 2025 Order, it is CONSIDERED, ORDERED, and ADJUDGED that all of Plaintiff Tracy Garrett's claims are dismissed without prejudice.

IT IS SO ADJUDGED this 28th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE